IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Rhinehart Railroad Construction, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Enviva Pellets Hamlet, LLC<br><br>Defendant. | Civil Action No. 1:19-cv-03411-ELH |

**MOTION TO STAY PROCEEDINGS PENDING
<u>COMPLETION OF SETTLEMENT NEGOTIATIONS</u>**

  Plaintiff, through its undersigned counsel, hereby respectfully moves this Court to stay proceedings in order to complete settlement negotiations. The parties have reached an agreement to resolve the litigation and are working to reduce the agreement to writing. Although Defendant has not filed an Answer in this matter and no counsel has yet entered an appearance, Defendant, through its corporate counsel, has consented to this Motion. By consenting to this Motion, Defendant does not waive its right to contest the jurisdiction of this Court in this matter. Plaintiff anticipates filing a dismissal of this case with prejudice within thirty days. To allow the parties to complete their settlement negotiations, Plaintiff respectfully moves this Court to stay the proceedings for thirty days. A proposed Order is attached.

                                              Respectfully submitted,

                                              ___/s/_____
                                              Raymond Thomas McKenzie, Jr.
                                              Fed. Bar No. 17726
                                              60 Market Street, Suite 205
                                              Gaithersburg, MD 20878
                                              (301) 330-6790
                                              Fax (301) 977-9018
                                              Ray@mckenzie-legal.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 20th day of December, 2019, a copy of the foregoing document was served on Defendant via electronic mail as follows:

                Robert Abbott, Associate General Counsel
                Enviva
                7200 Wisconsin Avenue, Suite 1000
                Bethesda, MD 20814 USA
                Robert.Abbott@envivabiomass.com

                                              ___/s/_____
                                              Raymond Thomas McKenzie, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| Rhinehart Railroad Construction, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Enviva Pellets Hamlet, LLC<br><br>Defendant. | Civil Action No. 1:19-cv-03411-ELH |

**ORDER**

Plaintiff, Rhinehart Railroad Construction, Inc., has moved this Court to stay this action for a period of thirty days to allow the parties to complete settlement negotiations.

IT IS ACCORDINGLY:

ORDERED, that Plaintiff's Motion is hereby granted.

This ____ day of _____, 2019.

                                                                                                    _____

                                                                           The Honorable _____